No. 10–10114. SARANCHAK v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–10115. SIMMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10132. MARBAN-CALDERON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10141. ELLIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–10150. MBAKPUO v. COMMITTEE ON ADMISSIONS, DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 10–10210. WILLIAMS v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–10215. CROOM v. FULLEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10216. CEPARANO v. SOUTHAMPTON JUSTICE COURT, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–10220. WINTERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–10223. MOORE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–10230. BORDELON v. TERRELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–10231. BERTOLA v. HARTLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10232. WILLIAMS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–10236. MCDERMOTT v. MACFADYEN ET AL. C. A. 4th Cir. Certiorari denied.